CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ALETHEA SARGENT (CABN 288222)
KELLY I. VOLKAR (CABN 301377)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    alethea.sargent@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 25-cr-402 JST |
|---|---|
| Plaintiff, | ) |
| v. | ) PETITION FOR WRIT OF HABEAS CORPUS ) AD PROSEQUENDUM |
| ALLEN BROWN, | ) |
| Defendant. | ) |

TO:    The Honorable Thomas S. Hixson, United States Magistrate Judge for the Northern District of California

Assistant United States Attorney ALETHEA M. SARGENT respectfully requests that the Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner ALLEN BROWN, whose place of custody or jailor are set forth in the requested Writ, attached hereto.

The prisoner, ALLEN BROWN, is required to appear as a defendant in the above-entitled matter in this Court on the date identified in the writ and for all future hearings, and therefore petitioner prays that the Court issue the Writ as presented.

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 25-cr-402 JST

1

2  Dated: December 10, 2025                      Respectfully Submitted,

3                                                CRAIG H. MISSAKIAN
                                                 United States Attorney
4

5                                                        /s/
                                                 ─────────────────────────
                                                 ALETHEA M. SARGENT
6                                                KELLY I. VOLKAR
                                                 Assistant United States Attorney
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 25-cr-402 JST

1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney

2

3  MARTHA BOERSCH (CABN 126569)
   Chief, Criminal Division

4  ALETHEA SARGENT (CABN 288222)
   KELLY I. VOLKAR (CABN 301377)

5  Assistant United States Attorney

6     1301 Clay Street, Suite 340S
      Oakland, California 94612

7     Telephone: (510) 637-3680
      FAX: (510) 637-3724

8     alethea.sargent@usdoj.gov

9  Attorneys for United States of America

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13

14                                          ) CASE NO. 25-cr-402 JST
                                            )
15  UNITED STATES OF AMERICA,               )
                                            ) [PROPOSED] ORDER GRANTING PETITION
16         Plaintiff,                       ) FOR WRIT OF HABEAS CORPUS AD
                                            ) PROSEQUENDUM
17         v.                               )
                                            )
18  ALLEN BROWN,                            )
                                            )
19         Defendant.                       )

20         Upon motion of the United States of America, and good cause appearing therefore,

21  IT IS HEREBY ORDERED that the request of the United States for issuance of the Writ of Habeas

22  Corpus Ad Prosequendum requiring the production of defendant ALLEN BROWN, before this Court on

23  the date stated in the Writ submitted, or as soon thereafter as practicable, and requiring that the

24  defendant be present for all future hearings, is granted and the Writ shall be issued as presented.

25

26  DATED: _____          _____

27                                          HON. THOMAS S. HIXSON
                                            United States Magistrate Judge
28

[PROPOSED] ORDER
CASE NO. 25-cr-402 JST

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: **JAY BIEBER, Acting United States Marshal for the Northern District of California and Santa Rita Jail, 5325 Broder Blvd Dublin, CA 94568,** and /or any of his authorized deputies:

Pursuant to the foregoing petition and order, you are directed to produce the body of ALLEN BROWN, who is in the custody of Santa Rita Jail, before the Honorable THOMAS S. HIXSON, United States Magistrate Judge for the Northern District of California, located at the San Francisco Federal Courthouse, located at 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102, on December 11, 2025, at 11:00 am, or as soon thereafter as practicable, on the charges filed against defendant in the above-entitled Court and further to produce said defendant at all future hearings as necessary until the termination of the proceedings in this Court.

Should the current custodian release ALLEN BROWN from its custody, you are directed that the defendant immediately be delivered and remanded to the U.S. Marshals for the Northern District of California and/or his authorized deputies under this Writ.

DATED: _____

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
DEPUTY CLERK